THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-192-RSL |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONIC HEARING |
| LEANDRE GAINES, ) | |
| Defendant. ) | |

THE COURT has considered Mr. Gaines's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 and 04-21.

THE COURT ORDERS that a guilty plea hearing be scheduled before a Magistrate Judge. It is further ordered that the June 7, 2021, trial date be stricken.

DONE this 4th day of June, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Leandre Gaines

ORDER TO PROCEED WITH GUILTY PLEA
BY VIDEO OR TELEPHONIC HEARING
(*USA v. Gaines* / CR20-192-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**